ENTER
JS-6

JUN 19



DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SUNHAVEN HOLDINGS NV, a Dutch Antilles company,<br><br>    Plaintiff,<br><br>  v.<br><br>HARRY H. ARZOUMAN, an individual,<br><br>    Defendant. | CASE NO. SA CV 93-245 AHS (RWRx)<br><br>**JUDGMENT ON GENERAL VERDICT WITH SPECIAL INTERROGATORIES** |

ENTERED
JUN 22

✓ Docketed
✓ M/d copy Rvs
✓ M/d Notice Rvs
✓ JS - 6

ENTERED ON ICMS  186

1  This action came on for trial before the Court and a jury on
2  June 2, 1998, the Honorable Alicemarie H. Stotler, District Judge,
3  presiding.  Plaintiff Sunhaven Holdings N.V. appeared by and through
4  its attorney of record, Jeffrey H. Reeves of Gibson, Dunn & Crutcher
5  L.L.P., and Defendant Harry H. Arzouman appeared pro se.

6  After hearing the evidence and arguments of counsel and the
7  parties, the Court instructed the jury to find a general verdict and
8  also to make answer to interrogatories, and the cause was submitted
9  to the jury.  The jury deliberated and thereafter returned into
10 Court with its answers to interrogatories and its general verdict,
11 which read as follows:

> "We, the jury in the above-entitled action,
> unanimously find in favor of the plaintiff, Sunhaven,
> and against the defendant, Harry H. Arzouman, and
> assess the plaintiff actual or compensatory damages
> in the sum of $150,000, plus interest thereon
> consistent with the accompanying answers to Special
> Interrogatories.
> In addition to the actual or compensatory damages
> awarded above, we the jury unanimously award the
> plaintiff, Sunhaven, punitive and exemplary damages
> in the sum of $400,000, against the defendant Harry
> H. Arzouman."

24 It appearing by reason of the general verdict and the jury's
25 answers to interrogatories that plaintiff Sunhaven Holdings N.V. is
26 entitled to judgment against defendant Harry H. Arzouman in the
27 amount of $150,000, plus interest, in compensatory damages, and
28

Gibson, Dunn & Crutcher LLP

OA981620.047/1+

$400,000 in punitive damages, it is now therefore ORDERED, ADJUDGED AND DECREED as follows:

That plaintiff Sunhaven have judgment against defendant Harry H. Arzouman for compensatory or actual damages in the sum of $150,000, with interest thereon consistent with the jury's answers to interrogatories in the aggregate sum of $192,751.08, for a total sum of $342,751.08. The interest component of this damages award was calculated at 7% per annum from the dates determined in the jury's answers to interrogatories and on the principal amounts of the individual components of the plaintiff's damages through June 10, 1998 as follows:

| INDIVIDUAL DAMAGES COMPONENTS | DATE THAT RIGHT TO RECOVER DAMAGES VESTED IN SUNHAVEN | TOTAL INTEREST AND PRINCIPAL CALCULATED AT 7% PER ANNUM FROM DATE THAT RIGHT TO RECOVER DAMAGES VESTED UNTIL JUNE 10, 1998 |
|---|---|---|
| $25,000.00 | 1/27/86 | $57,758.00 |
| $50,000.00 | 2/17/86 | $115,090.75 |
| $25,000.00 | 3/7/86 | $57,355.53 |
| $25,000.00 | 4/7/86 | $57,013.80 |
| $25,000.00 | 8/29/86 | $55,533.00 |
| **TOTAL COMPENSATORY DAMAGES, PLUS INTEREST THROUGH JUNE 10, 1998:** | | **$342,751.08** |

Gibson, Dunn & Crutcher LLP

OA981620.047/1+

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff
2  Sunhaven have judgment for punitive damages against defendant Harry
3  H. Arzouman in the sum of $400,000.
4  Therefore, plaintiff shall have judgment against defendant in the
5  sum of $742,751.08. Said judgment to bear interest as provided by law.

15  DATED: June 12, 1998.

_Alicemarie H. Stotler_
Honorable Alicemarie H. Stotler
Judge of the United States District Court

ORIGINAL

# CERTIFICATE OF SERVICE BY HAND DELIVERY TO A MESSENGER

I, **Nadine Lorenzo**, hereby certify as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 4 Park Plaza, Irvine, California 92614, in said County and State; I am employed in the office of **Jeffrey H. Reeves**, a member of the bar of this Court, and at **his** direction, on **June 11, 1998**, I served the following: **NOTICE OF JUDGMENT AND JUDGMENT ON GENERAL VERDICT WITH SPECIAL INTERROGATORIES** on the interested parties in this action by giving a true copy thereof along with envelopes addressed to the attorney(s) of record to a messenger for personal delivery addressed as follows:

**Harry Arzouman**
**In Pro Per**
**26 Main Sail Drive**
**Corona del Mar, CA   92625**

I certify under penalty of perjury that the foregoing is true and correct, that the original of the aforementioned document(s) was/were printed on recycled paper, and all copies made from same, and that this Certificate of Service was executed by me on **June 11, 1998** at Irvine, California.

*/s/ Nadine Lorenzo*
Nadine Lorenzo

OA981620.047/-1+

Gibson, Dunn & Crutcher LLP

# DECLARATION OF SERVICE BY HAND DELIVERY

_____ declares as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) years and am not a party to this action; my business address is **1043 Civic Center Dr. West, 1st Floor, Santa Ana, CA 92701**, in said County and State; I am employed as a messenger by Express Network. On **June 11, 1998**, I received an envelope(s) from Gibson, Dunn & Crutcher LLP, along with the following documents for each envelope:

**NOTICE OF JUDGMENT AND JUDGMENT ON GENERAL VERDICT WITH SPECIAL INTERROGATORIES**

and which envelope(s) (was/were) addressed as follows:

> **Harry Arzouman**
> **In Pro Per**
> **26 Main Sail Drive**
> **Corona del Mar, CA  92625**

and on the same date I placed the aforementioned document(s) in its/their respective envelope(s), sealed the envelopes, and served such document(s):

☐ by personally delivering such envelope to said person(s) at the address(es) listed above;

☐ in the absence of the attorney(s) named above, by personally delivering such envelope to his/her clerk or the person in charge of said office; or

☐ by leaving such envelope between the hours of 9:00 in the morning and 5:00 in the afternoon in a conspicuous place at the residence, because no person was at the residence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **June 11, 1998**, at Irvine, California.

_____
Signature

_____
Print Name

2

Gibson, Dunn & Crutcher LLP