

FILED
JUN 19 1998
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SUNHAVEN HOLDINGS NV, a Dutch Antilles company,<br><br>Plaintiff,<br><br>v.<br><br>HARRY H. ARZOUMAN, an individual,<br><br>Defendant. | CASE NO. SA CV 93-245 AHS (RWRx)<br><br>[PROPOSED] JUDGMENT BY DEFAULT AND DISMISSAL OF THIRD-PARTY COMPLAINT<br><br>Trial:<br><br>Date:  June 2, 1998<br>Time:  10:00 A.M.<br>Place: Courtroom 1 |
| SAFE T JACK, INC., a California corporation,<br><br>Third-party plaintiff,<br><br>v.<br><br>CHRISTOPHER COLLINS, an individual,<br><br>Third-party defendant. | ENTERED<br><br>JUL - 9 1998<br><br>DIST. COURT<br>RICT OF CALIFO... |

201

Gibson, Dunn & Crutcher LLP

3

OA981620.199/2+

The Motion of plaintiff Sunhaven Holdings N.V. and third-party defendant Christopher Collins for Judgment by Default and Dismissal of Third-Party Complaint came for hearing before the Honorable Alicemarie H. Stotler on the first day of trial in this matter, June 2, 1998, in Courtroom 1 of the above-entitled Court. Jeffrey H. Reeves of Gibson, Dunn & Crutcher L.L.P. appeared as counsel for plaintiff Sunhaven Holdings N.V. and third-party defendant Christopher Collins. Defendant Harry H. Arzouman appeared pro se. No appearance was made on behalf of defendant and third-party plaintiff Safe-T-Jack, Inc.

After considering all papers, pleadings and exhibits on file, the applicable law, the evidence and arguments presented during the trial of this matter, and the jury's General Verdict and special interrogatories awarding to plaintiff Sunhaven compensatory damages of $150,000, plus interest, and awarding punitive damages in the amount of $400,000 against defendant Harry H. Arzouman, the Court orders that judgment by default in the amount of $150,000, with interest thereon consistent with the jury's answers to interrogatories in the aggregate sum of $192,751.08, for a sum of $342,751.08 of compensatory damages, and punitive damages in the amount of $400,000, for an aggregate judgment amount of **$742,751.08**, be entered against defendant Safe-T-Jack, Inc.

The interest component of the compensatory damages award was calculated at 7% per annum from the dates determined in the jury's answers to interrogatories and on the principal amounts

of the individual components of the plaintiff's damages through June 10, 1998 as follows:

| INDIVIDUAL DAMAGES COMPONENTS | DATE THAT RIGHT TO RECOVER DAMAGES VESTED IN SUNHAVEN | TOTAL INTEREST AND PRINCIPAL CALCULATED AT 7% PER ANNUM FROM DATE THAT RIGHT TO RECOVER DAMAGES VESTED UNTIL JUNE 10, 1998 |
|---|---|---|
| $25,000.00 | 1/27/86 | $57,758.00 |
| $50,000.00 | 2/17/86 | $115,090.75 |
| $25,000.00 | 3/7/86 | $57,355.53 |
| $25,000.00 | 4/7/86 | $57,013.80 |
| $25,000.00 | 8/29/86 | $55,533.00 |
| **TOTAL COMPENSATORY DAMAGES, PLUS INTEREST THROUGH JUNE 10, 1998:** | | **$342,751.08** |

WHEREFORE, THE COURT HEREBY FINDS AND ORDERS THAT:

(1) Judgment by default be entered against defendant Safe-T-Jack, Inc. in the above-entitled action in the amount of $742,751.08;

(2) The third-party complaint filed by Safe-T-Jack, Inc. on March 30, 1993, be dismissed in full with prejudice; and

(3) Plaintiff Sunhaven Holdings N.V. and third-party defendant Christopher Collins are to recover their costs herein.

DATED: June 19, 1998

_____
Honorable Alicemarie H. Stotler
Judge of the United States District Court