FILED
SEP 29 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| SUNHAVEN HOLDING, NV, etc., <br><br> Plaintiff(s), <br> v. <br><br> HARRY ARZOUMAN, <br><br> Defendant(s). | CASE NUMBER <br><br> SACV 93-00245-AHS (EEx) <br><br> NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER |
|---|---|

TO:   ALL COUNSEL APPEARING OF RECORD:

The Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for reassignment.

Accordingly, this case has been reassigned to:

☐   Hon. _____, U.S. District Judge for all further proceedings.

✔   Hon. **MARC L. GOLDMAN**_____, Magistrate Judge for:

   ✔ any discovery and/or post-judgment matters that may be referred.

   ☐ for all proceedings in accordance with General Order 194.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: **SACV 93-00245-AHS (MLGx)**. This is very important because documents are routed by the initials.

CLERK U.S. DISTRICT COURT

CC: STEVE COHEN
CRISTINA BEEMAN
SRD

DOCKETED ON CM
SEP 30 2004

By _____
Terri Steele, Deputy Clerk

208

G-74   (5/98)   NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER