AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| K. KENNETH KOTLER, State Bar #80281<br>LAW OFFICES OF K. KENNETH KOTLER<br>1901 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067-6002<br>TELEPHONE NO: (310) 201-0096  FAX NO.: (310) 201-0212<br>ATTORNEY FOR *(Name)*: Plaintiff and Judgment Creditor | **FILED** Send<br>SEP 29 2004<br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SOUTHERN DIVISION AT SANTA ANA<br>BY _____ DEPUTY<br><br>**LODGED**<br>SEP 29 2004 10:30<br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SOUTHERN DIVISION AT SANTA ANA<br>BY _____ DEPUTY |

NAME OF COURT: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 411 West Fourth St.
MAILING ADDRESS: 411 West Fourth St.
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: SOUTHERN DIVISION

PLAINTIFF: SUNHAVEN HOLDINGS, NV, a Dutch Antilles Company
DEFENDANT: HARRY ARZOUMAN, an individual

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT  [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor  [ ] Third Person | SA CV 93-245 AHS ~~(BMRX)~~ (MLGx) |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name)*: HARRY ARZOUMAN
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: NOV -2 2004  Time: 10:00 AM  Dept. or Div.: ___  Rm.: 6A
Address of court  [X] shown above  [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: SEP 29 2004

/s/ *(signature)*
MAGISTRATE JUDGE MARC GOLDMAN

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: HARRY ARZOUMAN  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: September 24, 2004

K. KENNETH KOTLER
(TYPE OR PRINT NAME)            (SIGNATURE OF DECLARANT)

DOCKETED ON CM
SEP 30 2004
BY 024

*(Continued on reverse)*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>**(Attachment-Enforcement of Judgment)** | Legal Solutions Plus | Code of Civil Procedure<br>§§ 491.110, 708.110, 708.120 |

209