1  JEFFREY H. REEVES, BAR NO. 156648
   GIBSON, DUNN & CRUTCHER LLP
2  Jamboree Center
   4 Park Plaza, Suite 1400
3  Irvine, California 92614-8557
   Telephone: (949) 451-3800
4  Facsimile: (949) 451-4220

5  LAW OFFICES OF K. KENNETH KOTLER
   1901 Avenue of the Stars, Suite 1100
6  Los Angeles, CA 90067
   Telephone: (310) 201-0096
7  Facsimile: (310) 201-0212

8  Attorneys for Plaintiff
   SUNHAVEN HOLDINGS NV
9  and Third-party Defendant,
   Christopher Collins

*P-Send*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
OCT 26 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**NOTE CHANGES MADE BY THE COURT**

| | |
|---|---|
| SUNHAVEN HOLDINGS NV, a Dutch Antilles Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARRY ARZOUMAN, an individual,<br><br>　　　　Defendant. | CASE NO: SA CV 93-245 AHS (MLGx)<br><br>**STIPULATION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION;** ~~(PROPOSED)~~ **ORDER**<br><br>Old Date: November 2, 2004<br>New Date: ~~December 7, 2004~~ 12-14-04<br>Time:     10:00 a.m.<br>Place:    Room 6A |

DOCKETED ON CM
OCT 27 2004
BY ___ 024

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, by and through its counsel of record, K. Kenneth Kotler of Law Offices of K. Kenneth Kotler, and Defendant, by and through his counsel, James R. Percival of Drosman Abney & Percival, that the Judgment Debtor Examination of HARRY ARZOUMAN currently scheduled for November 2, 2004 at 10:00 a.m., before Magistrate Judge Marc L. Goldman at the United States District Court, Central District of

210

1  California, Southern Division, 411 West Fourth Street, Room 6A, Santa Ana, CA 92701, be
2  continued to December 7, 2004 at the same time and place.

                                                                     K. KENNETH KOTLER
LAW OFFICES OF K. KENNETH KOTLER

DATED: October 2⟨, 2004         By: _____
                                                 K. KENNETH KOTLER
                                                 Attorneys for Plaintiff
                                                 SUNHAVEN HOLDINGS NV

                                                 JAMES R. PERCIVAL
DROSMAN ABNEY & PERCIVAL

DATED: October 19, 2004        By: _____
                                                 JAMES R. PERCIVAL
                                                 Attorneys for Defendant
                                                 HARRY ARZOUMAN

## ORDER

The parties hereto having so stipulated,

IT IS SO ORDERED that the Judgment Debtor Examination of HARRY ARZOUMAN currently scheduled for November 2, 2004, at 10:00 a.m., before Magistrate Judge Marc L. Goldman at the United States District Court, Central District of California, Southern Division, 411 West Fourth Street, Room 6A, Santa Ana, CA 92701 be and is hereby continued to December /7 2004, at the same time and place.

Dated: 10/27/04

MARC L. GOLDMAN
Magistrate Judge