```
 1  JEFFREY H. REEVES, BAR NO. 156648
    GIBSON, DUNN & CRUTCHER LLP
 2  Jamboree Center
    4 Park Plaza, Suite 1400
 3  Irvine, California 92614-8557
    Telephone: (949) 451-3800
 4  Facsimile: (949) 451-4220

 5  LAW OFFICES OF K. KENNETH KOTLER
    1901 Avenue of the Stars, Suite 1100
 6  Los Angeles, CA 90067
    Telephone: (310) 201-0096
 7  Facsimile: (310) 201-0212

 8  Attorneys for Plaintiff
    SUNHAVEN HOLDINGS NV
 9  and Third-party Defendant,
    Christopher Collins
```

Send
FILED
DEC 1 4 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

FILED
CLERK, U S DISTRICT COURT
DEC 1 6 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2004 DEC 13 PM 2:24
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SUNHAVEN HOLDINGS NV, a Dutch Antilles Company,<br><br>    Plaintiff,<br><br>v.<br><br>HARRY ARZOUMAN, an individual,<br><br>    Defendant. | CASE NO: SA CV 93-245 AHS (MLGx)<br><br>**STIPULATION FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION; (~~PROPOSED~~) ORDER**<br><br>Old Date: December 14, 2004<br>New Date: January 25, 2005<br>Time:    10:00 a.m.<br>Place:   Room 6A |

DOCKETED ON CM
DEC 1 6 2004
BY _____ 024

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, by and through its counsel of record, K. Kenneth Kotler of Law Offices of K. Kenneth Kotler, and Defendant, by and through his counsel, James R. Percival of Drosman Abney & Percival, that the Judgment Debtor Examination of HARRY ARZOUMAN originally scheduled for November 2, 2004 continued to December 14, 2004, at 10:00 a.m., before Magistrate Judge Marc L. Goldman at the United States

District Court, Central District of California, Southern Division, 411 West Fourth Street, Room 6A, Santa Ana, CA 92701, now be continued to January 25, 2005, at 10:00 a.m., or as soon thereafter as the matter may be heard at the same time and place.

DATED: December __, 2004

By: _____
K. KENNETH KOTLER
LAW OFFICES OF K. KENNETH KOTLER
K. KENNETH KOTLER
Attorneys for Plaintiff
SUNHAVEN HOLDINGS NV

DATED: December 11, 2004

By: _____
JAMES R. PERCIVAL
DROSMAN ABNEY & PERCIVAL LLP
JAMES R. PERCIVAL
Attorneys for Defendant
HARRY ARZOUMAN

## ORDER

The parties hereto having so stipulated,

IT IS SO ORDERED that the Judgment Debtor Examination of HARRY ARZOUMAN originally scheduled for November 2, 2004, continued to December 14, 2004, at 10:00 a.m., before Magistrate Judge Marc L. Goldman at the United States District Court, Central District of California, Southern Division, 411 West Fourth Street, Room 6A, Santa Ana, CA 92701 now be continued to January 25, 2005, ~~2004,~~ at the same time and place.

Dated: DEC 14 2004

MARC L. GOLDMAN
Magistrate Judge

**MARC L. GOLDMAN
U.S. MAGISTRATE JUDGE**