# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 93-00245-AHS (MLGx) | Date January 25, 2005 |
| Title Sunhaven Holdings NV v. Harry Arzouman | |

Present: The Honorable    Marc L. Goldman, Magistrate Judge

| Terri Steele | n/a | SA05-03 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None Present                                None Present

Proceedings:    **(In Chambers) Judgment Debtor Examination of Harry Arzouman**

No appearances were made. The Judgment Debtor Examination of Harry Arzouman scheduled for hearing this date is taken OFF-CALENDAR and the examination is dismissed.

DOCKETED ON CM
JAN 27 2005
BY _____ 024

Initials of Preparer _____ : 05

214